# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| JAMES YOUNG, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. CV 09-00315 AG (RNBx)<br><br>~~[PROPOSED]~~ JUDGMENT<br><br><u>Hearing</u>:<br>Date:  June 15, 2009<br>Time:  10:00 am<br>Dept:  10D (Hon. Andrew J. Guilford)<br><br>Complaint Filed:  June 6, 2007<br>Trial:  June 1, 2010 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

[PROPOSED] JUDGMENT

Pursuant to the Order of the Court granting Defendant Hewlett-Packard Company's ("Defendant") motion to dismiss Plaintiff James Young's ("Plaintiff") First Amended Class Action Complaint (the "Complaint") with prejudice, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff take nothing, that Plaintiff's Complaint be dismissed without leave to amend, and that judgment on the merits is hereby entered in favor of Defendant and against Plaintiff on all of Plaintiff's claims.

**IT IS SO ORDERED.**

DATED: MARCH 17, 2010

The Honorable Andrew J. Guilford
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

[PROPOSED] JUDGMENT

Respectfully submitted by:

Dated: November 11, 2009          MORGAN, LEWIS & BOCKIUS LLP

By _____/s/_____
Neal Salisian
Attorneys for Defendant
Hewlett-Packard Company

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

[PROPOSED] JUDGMENT